IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CLEANSPACE MODULAR LLC,**<br>Plaintiff, | **CIVIL ACTION** |
| v. | |
| **STEVEN FEELEY,**<br>Defendant. | **NO. 23-60** |

## O R D E R

**AND NOW**, this 3rd day of November, 2023, upon consideration of the Notice of Voluntary Dismissal Without Prejudice (ECF 14), **IT IS ORDERED** as follows:

1. The Damages Hearing scheduled for November 6, 2023, is **CANCELLED**;

2. This case is **DISMISSED WITHOUT PREJUDICE**, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), with all parties to bear their own fees and costs. The Clerk of Court shall **MARK** this case **CLOSED**.

BY THE COURT:

/s/ Hon. Kelley B. Hodge
_____
HODGE, KELLEY B., J.